IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE ALAN NELSON
ADC #123633                                                                                              PLAINTIFF

V.                                   CASE NO. 3:13CV00232 DPM/BD

DAVID JANSEN, et al.                                                                               DEFENDANTS

ORDER

Plaintiff George Alan Nelson, an inmate in the Randolph County Jail ("RC Jail"), filed a pro se complaint under 42 U.S.C. § 1983.[1]  Mr. Nelson has filed an application to proceed *in forma pauperis* ("IFP") (docket entry #1), but the application does not include a calculation sheet signed by an RC Jail official.  Calculation sheets are a necessary part of the IFP application.  Because Mr. Nelson's application in incomplete, his motion to proceed IFP (#1) is DENIED, without prejudice.

Under the Prison Litigation Reform Act, even if Mr. Nelson is allowed to proceed IFP, he will have to pay a $350.00 filing fee.  28 U.S.C. §1915(b)(1).  The only question is the amount of monthly payments each must make.

The Clerk of Court is directed to send Mr. Nelson a copy of this order and an IFP

---

[1] Local Rule 5.5(c)(2) requires parties who are not represented by counsel: to promptly notify the Clerk and other parties in the case of any change in address; to monitor the progress of the case and prosecute or defend the case diligently; to sign all pleadings and include a current address, zip code, and telephone number; and to be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure.  Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed based on the failure to respond.

application form. If Mr. Nelson wishes to pursue this lawsuit, he must return a completed IFP application, including an accompanying affidavit and jail account information sheet signed by an RC Jail official, or pay a $400.00 filing fee within thirty (30) days of the date of this order.[2] Otherwise, the lawsuit will be dismissed.

Mr. Nelson has indicated on his IFP application that RC Jail officials refused to sign the required calculation sheet. If he continues to have problems getting RC Jail officials to complete the calculation sheet, he should notify the Court. If necessary, the Court will schedule a hearing to resolve this preliminary matter.

In addition, Mr. Nelson's complaint is incomplete. Although he names five individuals as Defendants, Mr. Nelson does not specifically explain how each of those Defendants violated his constitutional rights and caused him to suffer injury. Accordingly, Mr. Nelson must amend his complaint to specifically state his constitutional claim against each named Defendant. Mr. Nelson has thirty days to file his amended complaint.

The Clerk of the Court is directed to send a copy of this Order to the Warden/Director of the Randolph County Jail, 1510 Pace Road, Pocahontas, Arkansas

---

[2] Effective May 1, 2013, the cost of filing a civil lawsuit in federal court was increased from $350.00 to $400.00. However, if an individual is granted *in forma pauperis* status, the additional $50.00 is waived, and the filing fee remains $350.00.

72455.

IT IS SO ORDERED this 1st day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE