IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE ALAN NELSON,
ADC #123633                                                                                          PLAINTIFF

v.                     No. 3:13-cv-232-DPM-BD

DAVID JANSEN, Randolph County Judge;
GARY TRIBBLE, Sheriff, Randolph County;
DAVID COX, Randolph County Jail;
JOHNNY NEIGHBORS, Jail Administrator,
Randolph County Jail; and MIKE KING,
Randolph County Jail                                   DEFENDANTS

### ORDER

More than a month has passed since the Court ordered Nelson to submit a second amended complaint. № 9. He hasn't filed a second amended complaint, asked for more time, or otherwise responded. His mail from the Court is also being returned. № 10, 11, & 12. The Court warned Nelson that he must keep his address current and that it could dismiss his complaint if he did not comply with the Court's Orders. № 3 *at 1*. Nelson's complaint is therefore dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2014